IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>CESAR AGUIRRE,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)  Case No. 4:10CR3046<br>)<br>)<br>)<br>) |

**ORDER**

THIS MATTER comes before this Court on Mr. Aguirre's motion to continue the deadline for filing his sentencing statement and any downward departure/variance motion and supporting brief, filing 32. The Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that Aguirre shall file his sentencing statement regarding the Revised Presentence Investigation Report and any downward departure/variance motion with supporting brief no later than Friday, October 8, 2010.

Dated this 4th day of October, 2010.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge