IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3046 |
| | ) | |
| v. | ) | |
| | ) | |
| CESAR AGUIRRE, | ) | ORDER RESCHEDULING EVIDENTIARY |
| | ) | AND SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

In the defendant's Statement Regarding the Revised Presentence Investigation Report (RPSR), filing 34, counsel stated: "Aguirre seeks a continuance of his sentencing until on or after November 1, 2010, so that he may reap the benefit of the Commission's deletion of § 4A1.1(e)." In regard to that request a telephone call was placed to government's counsel and defendant's counsel and after discussion with both counsel and no opposition to the request expressed,

IT IS ORDERED that:

1. the evidentiary and sentencing hearing is continued to November 10, 2010, at 1:00 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

2. the defendant shall be present at the hearing.

Dated October 15, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge